## Commonwealth *v.* Lassiter, Appellant.

 Submitted December 10, 1970. *Eugene Lassiter,* appellant, in propria persona; *Stephen J. Margolin* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Johnson Appeal.

 Argued December 11, 1970. *Marina Angel,* Assistant Defender, with her *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.